AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 8:04CR306 | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | USM No: 82813-008 | |
| ) | | |
| CORY L. GODFREY, ) | N/A | |
|     Defendant. ) | Defendant's Attorney | |
| Date of previous judgment: June 29, 2005 ) | | |
| Previously amended: May 9, 2008 ) | | |

**Order Regarding Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon the Court's own motion under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u),

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 151 months, later reduced to 121 months, is reduced to 120 months. The Clerk is directed to deliver a copy of this Order to the U.S. Marshal.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 33 | | Amended Offense Level: 29 | |
| Criminal History Category: III | | Criminal History Category: III | |
| Previous Guideline Range: 151 to 188 months | | Amended Guideline Range: 120 to 135 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated xxx shall remain in effect.

**IT IS SO ORDERED.**

Dated this 21st day of May, 2012
Effective Date: May 21, 2012

                                      s/Laurie Smith Camp
                                      Chief United States District Judge